**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Adelaide Pointe Boaters Services, LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 93-4626374 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 400 Adelaide Circle | _____ |
| Number        Street | Number        Street |
| _____ | P.O. Box |
| Muskegon        MI     49441 | _____ |
| City                State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Muskegon County | _____ |
| County | Number        Street |
| | _____ |
| | City          State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor   Adelaide Pointe Boaters Services, LLC
_____   Case number (*if known*)_____
         Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .

   7139____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐   A plan is being filed with this petition.

   ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

         District _____   When _____   Case number _____
                                                MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor  Adelaide Pointe QOZB, LLC _____   Relationship  Affiliate _____

         District  Middle District of Florida, Tampa Divisic   When  04/01/2026 _____
                                                                       MM / DD / YYYY

         Case number, if known  8:26-bk-02698 _____

| Debtor | Adelaide Pointe Boaters Services, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? Foundry fill soil erosion into waterway not being managed by Receiver

☑ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1204 W. Western Avenue
_____
Number         Street

_____

Muskegon                                    MI          49441
City                                              State      ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency Gallagher Insurance Company

Contact name    John Chiazza

Phone           616-581-4402

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Adelaide Pointe Boaters Services, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/01/2026
MM   / DD / YYYY

✘ /s/ Ryan M. Leestma
Signature of authorized representative of debtor

Ryan M. Leestma
Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ David Jennis
Signature of attorney for debtor

Date   04/01/2026
MM    / DD / YYYY

David Jennis
Printed name

Jennis Morse
Firm name

606 East Madison Street
Number        Street

Tampa
City

FL
State

33602
ZIP Code

813-229-800
Contact phone

djennis@jennislaw.com
Email address

775940
Bar number

FL
State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy

Adelaide Pointe Boaters Services, LLC

Debtor _____      Case number *(if known)*_____
First Name        Middle Name        Last Name

## **Continuation Sheet for Official Form 201**

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| **Leestma Management, LLC** | **Middle District of Florida, Tampa Division** | **04/01/2026** | **8:26-bk-02696** |

**Fill in this information to identify the case:**

Debtor name ___Adelaide Pointe Boaters Services, LLC___

United States Bankruptcy Court for the:___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ryan Leestma 1900 Gulf Drive North Unit 7 Bradenton Beach, FL, 34217 | | | | | | 12,000,000.00 |
| 2 | Taft Stettinius & Hollister LLP 27777 Franklin Road Suite 2500 Southfield, MI, 48034 | | Legal Fees | | | | 508,492.10 |
| 3 | Brickley DeLong 316 Morris Avenue Suite 500 Muskegon, MI | | Services | | | | 155,680.67 |
| 4 | Smith Haughey 900 3rd St. Suite 204 Muskegon, MI, 49440 | | Legal Fees | | | | 110,092.45 |
| 5 | Freed & Viereck 1061 N. Robinhood Drive Muskegon, MI, 49445 | | | | | | 96,980.51 |
| 6 | Accurate Income Tax 3105 Henry Street Muskegon, MI, 49441 | | | | | | 74,341.92 |
| 7 | American Express PO Box 981535 El Paso, TX, 79998 | | | | | | 40,301.77 |
| 8 | State of Michigan PO Box 30458 Lansing, MI, 48909 | | | | | | 25,500.00 |

Debtor     Adelaide Pointe Boaters Services, LLC                Case number (*if known*)_____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Soils & Structures 6480 Grand Haven Road Muskegon, MI | | | | | | 21,314.00 |
| 10 | Versatile Fabrication 2708 9th Street Muskegon, MI, 49444 | | | | | | 14,500.00 |
| 11 | EXXEL Engineering 5252 Clyde Park Ave SW Grand Rapids, MI, 49509 | | | | | | 13,254.00 |
| 12 | Public Finance Authority 22 E. Mifflin Street Suit 900 Madison, WI | | | | | | 12,432.51 |
| 13 | Forklift Exchange 116 W. Hubbard Street Chicago, IL, 60654 | | | | | | 11,924.68 |
| 14 | Oscar Larson Adelaid Pointe QOZB 10100 Dixie Hwy Clarkston, MI, 48348 | | | | | | 11,162.52 |
| 15 | Waterway Guide PO Box 419 Midothian, VA, 23113 | | | | | | 8,750.00 |
| 16 | Greenridge Realty 3115 Orchard Vista Dr. SE Grand Rapids, MI, 49546 | | | | | | 5,880.00 |
| 17 | ICW - Workers Comp Ins. 15025 Innovation Drive San Diego, CA, 92128 | | | | | | 5,312.00 |
| 18 | AF Group 200 N. Grand Avenue Lansing, MI, 48933 | | | | | | 4,049.00 |
| 19 | Dockwa 1 Commercial Wharf Newport, RI, 02840 | | | | | | 3,976.00 |
| 20 | Sanisweep 3450 River Hill Drive NW Grand Rapids, MI, 49534 | | | | | | 3,240.00 |

Accurate Income Tax
3105 Henry Street
Muskegon, MI 49441

AF Group
200 N. Grand Avenue
Lansing, MI 48933

American Express
PO Box 981535
El Paso, TX 79998

Brickley DeLong
316 Morris Avenue
Suite 500
Muskegon, MI

Dept. of Environment, Great Lakes
and Energy
PO Box 30458
Lansing, MI 48909

Dockwa
1 Commercial Wharf
Newport, RI 02840

EXXEL Engineering
5252 Clyde Park Ave SW
Grand Rapids, MI 49509

Forklift Exchange
116 W. Hubbard Street
Chicago, IL 60654

Freed & Viereck
1061 N. Robinhood Drive
Muskegon, MI 49445

Greenridge Realty
3115 Orchard Vista Dr. SE
Grand Rapids, MI 49546

ICW - Workers Comp Ins.
15025 Innovation Drive
San Diego, CA 92128

Independent Bank Corporation
4200 East Beltline Avenue
Grand Rapids, MI 49525

Oscar Larson
Adelaid Pointe QOZB
10100 Dixie Hwy
Clarkston, MI 48348

Public Finance Authority
22 E. Mifflin Street
Suit 900
Madison, WI

Ryan Leestma
1900 Gulf Drive North
Unit 7
Bradenton Beach, FL 34217

Sanisweep
3450 River Hill Drive NW
Grand Rapids, MI 49534

Smith Haughey
900 3rd St.
Suite 204
Muskegon, MI 49440

Soils & Structures
6480 Grand Haven Road
Muskegon, MI

State of Michigan
PO Box 30458
Lansing, MI 48909

Taft Stettinius & Hollister LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Versatile Fabrication
2708 9th Street
Muskegon, MI 49444

Waterway Guide
PO Box 419
Midothian, VA 23113

Westmaas
3025 Sangra Avenue SW
Grandville, MI 49418

United States Bankruptcy Court

Middle District of Florida

In re: Adelaide Pointe Boaters Services, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/01/2026_____

/s/ Ryan M. Leestma
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor