United States Bankruptcy Court

Middle District of Florida

In re:                                                                                    Case No. 26-02699-CED

Adelaide Pointe Boaters Services, LLC                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8                          User: admin                              Page 1 of 2

Date Rcvd: Apr 13, 2026                  Form ID: 309F1                      Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adelaide Pointe Boaters Services, LLC, 400 Adelaide Circle, Muskegon, MI 49441-1639 |
| aty | + | Jennis Morse, 606 E. Madison Street, Tampa, FL 33602-4029 |
| aty | | Kathleen DiSanto, Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| cr | + | Independent Bank, Bush Ross, P.A., c/o Kathleen L. DiSanto, Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32346270 | + | Accurate Income Tax, 3105 Henry Street, Muskegon, MI 49441-4017 |
| 32346274 | + | Dept. of Environment, Great Lakes, and Energy, PO Box 30458, Lansing, MI 48909-7958 |
| 32346275 | + | Dockwa, 1 Commercial Wharf, Newport, RI 02840-3043 |
| 32346276 | + | EXXEL Engineering, 5252 Clyde Park Ave SW, Grand Rapids, MI 49509-9788 |
| 32346277 | + | Forklift Exchange, 116 W. Hubbard Street, Chicago, IL 60654-8542 |
| 32346278 | + | Freed & Viereck, 1061 N. Robinhood Drive, Muskegon, MI 49445-2083 |
| 32346279 | + | Greenridge Realty, 3115 Orchard Vista Dr. SE, Grand Rapids, MI 49546-7088 |
| 32346280 | + | ICW - Workers Comp Ins., 15025 Innovation Drive, San Diego, CA 92128-3455 |
| 32357099 | + | Independent Bank, c/o Kathleen L. DiSanto, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32357105 | + | Independent Bank, c/o Jeffrey W. Warren, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32346282 | + | Oscar Larson, Adelaid Pointe QOZB, 10100 Dixie Hwy, Clarkston, MI 48348-2414 |
| 32346283 | + | Public Finance Authority, 22 E. Mifflin Street, Suit 900, Madison, WI 53703-4247 |
| 32346284 | + | Ryan Leestma, 1900 Gulf Drive North, Unit 7, Bradenton Beach, FL 34217-2384 |
| 32346285 | + | Sanisweep, 3450 River Hill Drive NW, Grand Rapids, MI 49534-9020 |
| 32346286 | + | Smith Haughey, 900 3rd St., Suite 204, Muskegon, MI 49440-1152 |
| 32346287 | + | Soils & Structures, 6480 Grand Haven Road, Muskegon, MI 49441-6060 |
| 32346288 | + | State of Michigan, PO Box 30458, Lansing, MI 48909-7958 |
| 32346289 | + | Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |
| 32346290 | + | Versatile Fabrication, 2708 9th Street, Muskegon, MI 49444-1945 |
| 32346291 | + | Waterway Guide, PO Box 419, Midothian, VA 23113-0419 |
| 32346292 | + | Westmaas, 3025 Sangra Avenue SW, Grandville, MI 49418-1153 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: djennis@jennislaw.com | Apr 13 2026 22:10:00 | David S Jennis, Jennis Morse, 606 East Madison Street, Tampa, FL 33602 |
| aty | Email/Text: jwarren@bushross.com | Apr 13 2026 22:12:00 | Jeffrey W. Warren, Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Apr 13 2026 22:13:00 | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 32346271 | Email/Text: Bankruptcy@afgroup.com | Apr 13 2026 22:11:00 | AF Group, 200 N. Grand Avenue, Lansing, MI 48933 |
| 32346272 | + Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 22:16:46 | American Express, PO Box 981535, El Paso, TX 79998-1535 |

| District/off: 113A-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: 309F1 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 32346294 | Email/Text: BNC_Notices@floridarevenue.com | Apr 13 2026 22:11:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 32346281 | + Email/Text: bankruptcy@ibcp.com | Apr 13 2026 22:12:00 | Independent Bank Corporation, 4200 East Beltline Avenue, Grand Rapids, MI 49525-9783 |
| 32346293 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2026 22:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32346273 | ##+ | Brickley DeLong, 316 Morris Avenue, Suite 500, Muskegon, MI 49440-1150 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David S Jennis | on behalf of Debtor Adelaide Pointe Boaters Services  LLC djennis@jennislaw.com, ecf@jennislaw.com;karon@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Attorney Jennis Morse djennis@jennislaw.com ecf@jennislaw.com;karon@jennislaw.com;aschaefer@jennislaw.com |
| Jeffrey W. Warren | on behalf of Creditor Independent Bank jwarren@bushross.com  bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com |
| Kathleen DiSanto | on behalf of Creditor Independent Bank kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

| Information to identify the case: | |
|---|---|
| Debtor | **Adelaide Pointe Boaters Services, LLC**   EIN: 93–4626374 |
| | Name |
| United States Bankruptcy Court   Middle District of Florida | Date case filed for chapter:   11   4/1/26 |
| Case number:   8:26–bk–02699–CED | Date Notice Issued:  **4/13/26** |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Adelaide Pointe Boaters Services, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 400 Adelaide Circle<br>Muskegon, MI 49441 | |
| 4. | **Debtor's attorney**<br>Name and address | David S Jennis<br>Jennis Morse<br>606 East Madison Street<br>Tampa, FL 33602 | Contact phone  813–229–2800<br><br>Email:  djennis@jennislaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: April 13, 2026 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **May 11, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\*** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Tampa and Ft. Myers Cases), Call in Number: 888–330–1716, Passcode: 7886851#.** |

**For more information, see page 2 >**

Debtor   **Adelaide Pointe Boaters Services, LLC**                    Case number **8:26–bk–02699–CED**

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim: June 10, 2026** |
| | | **For a governmental unit: 180 days from the date of filing** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:   No later than the first date set for the hearing on confirmation.** |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| **12.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |