UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


In re:

ADELAIDE POINTE BOATERS
SERVICES, LLC

Case No. 8:26-bk-02699-CED
Chapter 11
Hon. Caryl E. Delano

          Debtor.

_____/


NOTICE OF APPEARANCE AND REQUEST TO BE
ADDED TO MATRIX, RESERVATION OF RIGHTS
AND DEMAND FOR SERVICE OF PAPERS


**PLEASE TAKE NOTICE:**

1.     Plunkett Cooney represents 4Front Credit Union ("Client"), a party in interest in this case.

2.     The undersigned firm enters its appearances and under Bankruptcy Rule 2002 requests that it be added to the matrix and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served on the undersigned.

3.     The foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, any plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex or otherwise which affects Debtor or the property of Debtor.  All such notices and pleadings should be sent to counsel and local counsel addressed as follows:

          David A. Lerner
          Plunkett Cooney
          38505 Woodward Avenue
          Suite 100
          Bloomfield Hills, MI  48304

4.     Neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (a) Clients' right to have final orders in non-core matters entered only after de novo

1

review by a District Judge, (b) Clients' right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (c) Clients' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, setoffs, or recoupments or remedies to which Clients are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Clients expressly reserve.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notice of filing in this case on April 16, 2026.

Respectfully submitted,

PLUNKETT COONEY

By:  /s/DAVID A. LERNER
DAVID A. LERNER – P44829
Attorney for 4Front Credit Union
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 901-4010 (office)
(248) 310-8829 (cell)
dlerner@plunkettcooney.com

Dated:  April 16, 2026

30075.53113/62423341.1

2